UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   1:22mj03751 Becerra

FILED BY  FBS  D.C.
Oct 14, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

UNITED STATES OF AMERICA

v.

JARVIS ANACREON,

_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: *[signature]*
Bertila Lilia Fernandez
Assistant United States Attorney
FL Bar No.        0124092
99 N.E. 4th Street
Miami, Florida 33132
Tel: 305-961-9099
Email: bertila.fernandez@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
| v. | ) |
| | ) Case No. 1:22mj03751 Becerra |
| JARVIS ANACREON, | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 12, 2021__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 751(a) | Escape |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Deputy Marshal Axel Nunez
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by __Telephone__

Date: 10/14/2022

_____
*Judge's signature*

City and state: Miami, Florida

Hon. Jacqueline Becerra
*Printed name and title*

## AFFIDAVIT

Your Affiant, Axel Nunez, first being duly sworn, does hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I have been employed by the United States Marshals Service for four (4) years. I am currently assigned to the Miami Field Office Fugitive Warrant Squad in the Southern District of Florida. I am trained in techniques used to locate and arrest known subjects and fugitives wanted for felony offenses against the State of Florida and the United States. I have led and participated in the investigation of numerous fugitives. I have also conducted and participated in surveillance, the execution of search warrants, cellphone location-tracking orders, and debriefings of informants. Furthermore, I have received training concerning cellphone location-tracking orders and warrants.

2. This Affidavit is based on my personal knowledge, training and experience, and information obtained from other law enforcement officials and civilians who possess personal knowledge of the events and evidence described herein. This Affidavit does not contain every fact about this case known to me, but only the facts necessary to establish probable cause to charge Jarvis ANACREON with escape, in violation of Title 18, United States Code, Section 751(a).

### PROBABLE CAUSE

3. On December 21, 2017, ANACREON pled guilty to Conspiracy to Distribute Heroin, in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(B). *See United States v. Jarvis Anacreon*, Case No. 17-00174-CR-JBT (M.D. Fla. 2017) (MDFL DE 70).

1

4. On May 14, 2018, the Court sentenced ANACREON to 65 months imprisonment, in the custody of the United States Federal Bureau of Prisons (BOP), followed by 4 years of supervised release. (MDFL DE 102).

5. On or about March 17, 2021, BOP transferred ANACREON from Yazoo City Low Federal Correctional Institution to Riverside House, a residential reentry center, in Miami, Florida.

6. On or about August 26, 2021, ANACREON signed a document titled Acknowledgment, Consents, and Releases, which stated the following:

> I, the undersigned, have been informed verbally and in writing that [it] is against the law for me to be absent from Riverside House or an approved activity (i.e., employment, home visitation, pass, etc), without proper authorization from Riverside House. I understand I am subject to legal detention and custody of escape includes any unauthorized departure from Riverside House or it's approved activities, which includes failure to report to my assigned work, education, treatment, recreation, home visitation, or similar activities or my failure to return from these approved activities at [t]he specified time. I am aware that if I escape or abscond from Riverside House, I may be prosecuted for a crime punishable by further imprisonment.

7. On the same day, ANACREON also signed Riverside House's Rules and Regulations agreement, which stated, "I agree not to leave the premises, work assignment, community movement, or any approved destination without Staff permission. I understand any absence of this type may be considered escape and may result in dismissal from the program."

8. Furthermore, ANACREON received a copy of the Resident Guidebook which stated:

> Residents who fail to report to Riverside House for admission, willfully leave without authorization to leave, fail to be at his/her approved place of release into the community, fail to return to Riverside House at the time prescribed, or fail to return from an authorized furlough or pass at the time and place stipulated will be placed on "abscond status" and may be placed on "escape status" by the FBOP. In addition, any resident who is arrested while in Riverside House **(or on furlough)** for violation of local, county, or state laws will be considered to have escaped/absconded depending on the circumstances.

**Riverside House** will notify the FBOP/RRM immediately upon identifying a resident as an escape/abscond.

9.  On the afternoon of October 12, 2021, Riverside House initiated a fire drill. During the fire drill staff members realized that ANACREON was not present. In response, staff at Riverside House conducted a head count, confirming that ANACREON was not there.

10. ANACREON did not have authorization to leave Riverside House on October 12, 2021. Based on this conduct, Riverside House followed protocol and placed ANACREON on escape status.

11. To date, ANACREON has not returned to Riverside House.

## CONCLUSION

12. Based on the aforementioned information, I respectfully submit that there is probable cause to charge Jarvis ANACREON with the offense of escape, in violation of Title 18, United States Code, Section 751(a).

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
DEPUTY MARSHAL AXEL NUNEZ
UNITED STATES MARSHALS SERVICE

Attested to by the applicant in accordance
with the requirements of Fed. R. Crim. P. 4.1
by Telephone, this 14th day of October 2022,
in Miami, Florida.

_____
HONORABLE JACQUELINE BECERRA
UNITED STATES MAGISTRATE JUDGE